IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMIE DOSS,

    Plaintiff,

v.

COUNTY RECORDER'S OFFICE OF CONTRA COSTA COUNTY, D. WEBBER, COUNTY CLERK,

    Defendants.

Case No.: C 13-3845 CW (PR)

ORDER OF DISMISSAL

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983. On October 3, 2013, the Court dismissed the complaint with leave to amend. (See Docket No. 3.) The Court advised Plaintiff that if he failed to file an amended complaint within thirty days from the date the order was filed, i.e., no later than November 6, 2013, the Court would dismiss this action without prejudice. (See id. at 6.)

    The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

    IT IS SO ORDERED.

Dated: 12/4/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE