IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE DOSS,<br><br>       Plaintiff,<br><br>    v.<br><br>COUNTY RECORDER'S OFFICE OF CONTRA COSTA COUNTY, D. WEBBER, COUNTY CLERK,<br><br>       Defendants. | Case No.: C 13-3845 CW (PR)<br><br>JUDGMENT |

   For the reasons stated in the Order of Dismissal, this case is DISMISSED without prejudice.  Judgment is entered accordingly.

   The Clerk shall close the file.

   IT IS SO ORDERED.

Dated: 12/4/2013

                                   _____
                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE